No. 763. DIXIE ROSE NURSERY *v.* COE, COMMISSIONER OF PATENTS. April 5, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Harry C. Robb, John F. Robb,* and *Harry C. Robb, Jr.* for petitioner. *Solicitor General Fahy* and *Assistant*

*Attorney General Shea* for respondent. Reported below: 131 F. 2d 446.